IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>**Plaintiff,**<br>V.<br><br>VICENTE G. GUTIERREZ, JP MORGAN CHASE BANK, N.A., MARIA S. GUTIERREZ, MELISSA M. ALVAREZ, ESTEBAN GUTIERREZ<br><br>**Defendants.** | **Case No:** 1:12-CV-8314<br><br>**Judge:** Charles P. Kocoras |

## MOTION FOR JUDGMENT NUNC PRO TUNC

NOW COMES Plaintiff, WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, by an through its attorneys Potestivo & Associates, P.C., and respectfully request this Court grant its Motion for Judgment Nunc Pro Tunc. In support thereof, Plaintiff states as follows:

1. Judgment of Foreclosure was entered in this case on October 29, 2013 (see Dkt. # 29); however, the order that was entered is not an actual Judgment of Foreclosure but an Order defaulting the defendants and appointing a special commissioner.

WHEREFORE, Plaintiff respectfully requests this Court enter a Judgment of Foreclosure, nunc pro tunc October 29, 2013.

                                                                                                               Respectfully submitted,

                                                                                                            By:*/s/ Megan Christine Adams*

Potestivo & Associates, PC
Megan C Adams (ARDC#6312221)
223 West Jackson Blvd., Suite 610
Chicago, IL 60657
312-263-0003